PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. WILLIE LOUIS JONES, JR.                    Docket Number: 91-cr-00192-JRC-01

**Petition for Modification of Conditions of Supervised Release**

      COMES NOW, Pete Stein, probation officer of the court, presenting an official report upon the conduct and attitude of Willie Louis Jones, Jr. who was placed on supervision by the Honorable Jim R. Carrigan sitting in the court at Denver, Colorado, on the 20th day of December, 1991, who fixed the period of supervision at eight (8) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.     The defendant shall be tested and treated for drug abuse as recommended by the Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the modification of the defendant's conditions of supervised release to include a special condition that the defendant shall reside and participate at a Residential Re-entry Center (RRC), under the community corrections component, for a period not to exceed 180 days, and shall comply with all rules and regulations of the RRC, until discharged by the program director.

        ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 28th day of September, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Pete Stein |
| | Pete Stein<br>Probation Officer |
| s/ Edward W. Nottingham | |
| Edward W. Nottingham<br>Chief U.S. District Judge | Place: Denver, Colorado |
| | Date: September 27, 2007 |

## **ATTACHMENT**

On or about July 21, 2004, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them.

Since his release from the custody of the Bureau of Prisons on July 21, 2004, the defendant has been supervised by the U.S. Probation Office in the Central District of California.

On March 10, 2007, the defendant was arrested by Long Beach (California) Police and charged with Domestic Violence and Driving With a Suspended License. This matter was filed in Los Angeles County Superior Court, Case No. 7LG01228. On March 13, 2007, defendant was convicted of Battery Against Former Spouse/Fiancé and Driving With a Suspended License. He was sentenced to three years summary probation and ordered to complete 40 hours of community service, participate and complete domestic violence counseling, and pay a $1,046 fine.

On April 4, 2007, defendant was confronted about the new criminal conduct by U.S. Probation Officer Eduardo Meza of the Central District of California. The defendant admitted the violations and signed a waiver to modify the conditions of supervised release to include participation in a Residential Re-Entry Center for a period not to exceed 180 days and to comply with all rules and regulations of that program until discharged by the program director.